IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOHAN A. RAMIREZ-HERRERA, | : | |
| Petitioner | : | No. 1:25-cv-01279 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| SUPERINTENDENT SCI FOREST, et al., | : | |
| | : | |
| Respondents | : | |

# ORDER

**AND NOW**, on this 31st day of October 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Yohan Ramirez-Herrera (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to **MAIL** a copy of this Order and the accompanying Memorandum to Petitioner at his address of record;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania